12 March 2015

Fourth Court of Appeals
CADENA-REEVES JUSTICE CENTER
300 Dolorosa
San Anto, Tx 78205

County Court at Law No. 5
100 Dolorosa
San Anto Tx 78205

"NOTICE of Appeal from Order dated:
RE: Wednesday, March 4, 2015"

Court of Appeals No. 04-14-00555-CR
Trial Court Case No. 307125
Bexar County Court At LAW No. 5

Robert Martinez, Pro Se
TDCJ ID No. 1931397
1203 EL Cibolo Rd,
Edinburg, Tx. 78542

VIA U.S. FIRST CLASS
        MAIL

Greetings:

PLEASE ALLOW THIS TO SERVE AS NOTICE OF
APPEAL FROM ORDER DATED Wed., March 4, 2015

To WIT:

                        ORDER
ON March 2, 2015, Appellant filed a pro se motion to
INspect the appellate record. Appellant is already represented
IN this appeal by court-appointed counsel:

Patrick B. Montgomery
III Soledad Street, Suite 300
San Antonio, Texas 78205
patmontgomery@gmail.com
(210)-225-8940
978-285-4664 (FAX)

Appellant does not have a right to hybrid representation.
See Ex parte Taylor, 36 S.W. 3d 883, 887 (Tex. Crim. App. 2001).

Appellant's pro se motion is DENIED.

I AM A United States Citizen of indigent status unable to hire counsel of my choosing.

On Dec. 13, 2013, I hereinafter "Appellant", filed my Orginal Writ of Habeas Corpus pursuant to Article 11.072 of the Texas Code of Criminal Procedures.

On March 10, 2015, I was ordered to the Tx. Dept. of Criminal Justice, Lopez State Jail, mailroom, see exhibit A, ON 3-10-15 I received the Fourth Court of Appeals, ORDER, which in fact is the first official Notice, that indeed the courts have appointed counsel.

Appellant has in Good Faith repeatedly request to be given Notice of important descision being made in his case, the Courts have repeatedly failed to give Notice, in violation of the Texas Code of Criminal Procedures.

AT THIS WRITING APPELLANT HAS NOT BEEN CONTACTED BY ATTORNEY PATRICK B. MONTGOMERY

APPELLANT FILES THIS NOTICE OF APPEAL AND BELIEVES HE HAS GOOD CAUSE FOR THIS HONORABLE COURT TO ADOPT ALL THE MOTIONS ON FILE PRESENTED BY PRO SE APPELLANT.

APPELLANT HUMBLY REQUEST THIS HONORABLE COURT TAKE JUDICIAL NOTICE OF CASE NO 2013-CR-6698, IN THE 186th JUDICIAL DISTRICT, BEXAR COUNTY, TX. DWI-3rd or more.

ON Feb. 4, 2014, APPELLANT, WAS ORDERED AT 300 a.m. THAT HE WAS ORDERED TO COURT. APPELLANT WAS NOT GIVEN NOTICE OF HEARING OF Feb 4, 2014. THE HONORABLE PRESIDING JUDGE JASON Polliman Appellant made Notice to the Court that he was not advised of said hearing. And importantly did not bring papers he sought to present to the courts, Appellant did not bring his seeing-eye glasses, Appellant made Notice to the courts on feb 4, 2014 of his objection to the hearing. The Honorable Judge continued with the hearing, Appellant requested that the hand restraints be loosen or removed the batiff, advised the courts he would not, When Appellant sought to introduce papers, And advised the courts, that indeed he believe was was being transported to the courts, for a bond Reduction on case No 2013-CR-6698, afore-mentioned And did not bring his file, the Honorable Presiding Judge Jason Polliman, ORDERED the State to hand

3

over the States file to Appellant. Appellant placed file on counter in front of the Hon. Judge bench. And began to attempt to Navigate the state's file. Appellant again requested that hand restraints be made loosen or removed so Appellant can Navigate file and importantly compile with the Hon. Presiding Judge request that I produce certain documents. The baliff again flat-out said No. Additionally A court member yelled accross the court room that I do Not lean on the counter. I believe that indeed if I ever yelled in that manner I would have been tossed-out.

It is clear Appellant has worked As his own Counsel for over (1) one year. Appellant believes it is a fundamental rights violation, that his pleading, motions, request, Notices, petitions, papers filed for consideration and ruling Now be ignored.

Appellant with every know means available to him has sought the Courts assistance because he believe he is entitled to the relief he seeks.

Appellant has made Notice of the serious arbitrary and capricious filing missing papers and at this writing has not found relief or correction if indeed such can be corrected.

Appellant has filed in Good faith to the best of his ability for papers, to include the Reporter's Record the clerk's record, without assistance from the courts.

Appellant cannot believe the courts are what jailhouse lawyers' term Not inmate friendly. Appellant must believe the Hon. Court seek what is JUST. And are Not out to kill meritorieos claims.

Appellant on Feb 7, 2014, filed an Appeal from an ORDER, Appellant believes the ORDER is contratry to law, Appellant believes the Courts Abused its discretion, Appellant showed the 4th Court of Appeals that indeed the County Court No. 5 holds Jurisdiction. Importantly Appellant requested counsel. over (1) one year ago. the Courts made Notice that papers could not be located.

5

Appellant has filed numerous papers and seeks them to be addressed and ruled upon.

Appellant has been appointed counsel now on (2) two occassion, yet at this writing neither one of the appointed counsels have contacted Appellant. There exist serious Habeas claims that must be included and points outside of the record that must be brought to the attention of the Courts.

Appellant believes a second hearing was held, again without him being given notice, or even the ruling. Appellant requested certified copies of a file, where upon he notice, that indeed a second hearing had been held, without his knowlegde. Appellant, cannot believe the courts with evil intent, and malicious intent have sought to dismiss, Appellant claims.

On said second hearing the courts once again abused the discretion of the courts. And ruled that Appellant filed Second Amended Application was not filed pursuant to the Texas Code of Criminal procedures and that Appellant was not on community supervision when

Appellant filed his writ. Appellant has repeatedly shown the courts, over and over and again that the statues in fact read, or have been, on community supervision. Appellant has not found relief or a proper ruling.

Importantly, Appellant made Notice that indeed the courts had skipped, Appellant First Amended Application And ruled on his Second Amended Application. Clearly a due process violation, Appellant has shown to the courts where indeed the clerk's office, conceeds they cannot located Appellant's First Amended Application the envelope the U.S. Federal postal mail system delivered such.

It is clear serious filing problem exist, missing papers. Appellant has request in Good faith the Courts assistance in correcting these problem without success. Appellant has requested that a through search be made for his papers and will continue to seek, proper fair and equal access to the Courts.

Appellant has shown serious Access to Court violations that include his Law library writ room Access, that

drive to Appellant Constitutional rights, to file, redress the courts. Appellant seeks the courts Assistance And that his papers filed over A one year paper be heard. And made part of the record.

Appellant has made repeated Notice that the Serious Access to Court violations have impeaded his filing of his Writ of Habeas Corpus on 2013-CR-6698, And both County Court At Law No 5, misdermeanors. The record will show my repeated Notices. In great detail, At length, without the courts assistance. Appellant's inability to secure papers for this Honorable Court, denied papers, ignored, ectera..

Appellant of recent submitted admonishment Certified papers. And cannot make sure, without a doubt, if indeed the Courts have received such, or considered, very important documents.

Appellant states aforementioned issues, problems are not limited And seeks Assistance from the courts.

8

Appellant files these papers because he believes he is entitled to the relief he seeks. Appellant prays these things.

12 March 2015

## UNSWORN Declaration By Inmate.

I, Robert Martinez, TDCJ ID No 1931397, BCADC SID No 327074, being presently incarcerated in the Texas Dept of Criminal Justice, Lopez State Jail, Hidalgo County Texas, declare under penalty of perjury that the above and foregoing is true and correct to the best of my ability

12 March 2015

Placed in the Lopez State Jail Internal prison mailing system, first class postage pre paid on

12 March 205

9.

Exhibit A

Time _Ubpr_
(Issued)

Good Only on Authentic and Authorized Signature
Indicated in "Signature" space below.

Admit _Martinez_ _Robert_ (Time Allowed)

To _MailRoom_ Date _March 10 -15_

(Name and TDCJ Number) _1931397_

Items to be Admitted _____

_____

(Give invoice Number and other charge paper data as reference to detail list.)

Signature _Angel_

☆ I-22

These papers are part of this pass.

Note: NO MERCHANDISE TO BE ADMITTED IN OR OUT WITHOUT PASS

Title _Capt_

Robert Martinez
TDCJ ID No 1931397
Lopez State Jail
1203 El Cibolo Rd.
Edinburg, Tx 78542

Legal Mail
3-12-15

IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
FILED

2015 MAR 28 PM 12:58 Court of Appeals

Keith E. Hottle
Keith E. Hottle

K. CADENA- REEVES JUSTICE CENTER
300 Dolorosa
San Antonio, Texas 78205

78205830004

MAR 16 2015

FOREVER USA 2014
FOREVER USA 2014